In the Matter of the Application of the CITY OF BUFFALO to Acquire Lands in Fee Simple for Public Street Purposes, viz., for the Widening of Michigan Avenue and South Michigan Avenue.— Order affirmed, without costs. All concur.

In the Matter of the Application of the FARMERS AND MECHANICS' TRUST COMPANY OF BATH, N. Y., for a Determination as to the Validity, etc., of the Last Will and Testament of ALICE L. SMITH, Deceased.— Decree affirmed, with costs. Memorandum. We think that the words of the will " for a memorial to the memory of my beloved brother * * * in connection with the Bath Hospital * * * having in mind what will best meet the needs of said hospital," read together, fairly import a charitable use, the brother mentioned having been a physician formerly connected with said hospital. (*Ely* v. *Ely*, 163 App. Div. 320; affd., *sub nom. Ely* v. *Megie*, 219 N. Y. 112.) All concur.

KATHERINE E. DOYLE, Respondent, v. EDWARD H. MILLER, SR., Appellant.— Judgment and order affirmed, with costs. All concur, except Thompson, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MOESEL, Appellant.— Judgment of conviction affirmed. All concur.

EDNA M. ROTH, Respondent, Appellant, v. THERON B. PARK and MARION PARK, Respondents, Impleaded with HENRY L. AMES, Appellant.— Judgments and orders affirmed, with costs. All concur.

BEATRICE H. NORTON, Respondent, Appellant, v. THERON B. PARK and MARION PARK, Respondents, Impleaded with HENRY L. AMES, Appellant.— Judgments and orders affirmed, with costs. All concur.

HELEN M. TYLER, an Infant, by CARRIE TYLER, Her Guardian ad Litem, Respondent, Appellant, v. THERON B. PARK and MARION PARK, Respondents, Impleaded with HENRY L. AMES, Appellant.— Judgments and orders affirmed, with costs. All concur.

ESTHER EDNA SEARLE, by CLAYTON E. SEARLE, Her Guardian ad Litem, Respondent, v. FRANK MARTZ COACH COMPANY, INC., Appellant.— Judgment reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding of the jury of negligence on the part of the defendant is against the weight of the evidence. All concur.

ORRIN WESLEY SEARLE, by CLAYTON E. SEARLE, His Guardian ad Litem, Respondent, v. FRANK MARTZ COACH COMPANY, INC., Appellant.— Judgment reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding of the jury of negligence on the part of the defendant and freedom from contributory negligence on the part of the plaintiff are against the weight of the evidence. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EARL BEYEA, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn Prison, Auburn, New York, Respondent.— Order affirmed. All concur.